IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL BENSON and KRISTY BENSON, | : |
| Plaintiffs, | : Case No. 2:24-cv-03467 |
| v. | : |
| AMERIHOME MORTGAGE COMPANY, LLC, CENLAR FSB, KATHY AMATO, MERSCORP, ALLIED MORTGAGE GROUP, FEDERAL HOME LOAN MORTGAGE CORP., and WELLS FARGO BANK, N.A., | : |
| Defendants. | : |

**MOTION OF DEFENDANT CENLAR FSB TO DISMISS
PLAINTIFFS' AMENDED COMPLAINT WITH PREJUDICE**

Defendant Cenlar FSB respectfully moves to dismiss Plaintiffs' Amended Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6). The basis for the relief requested in this motion is set forth in the accompanying memorandum of law. A proposed form of order is attached.

*Respectfully submitted,*

Dated: September 6, 2024

**STRADLEY RONON STEVENS & YOUNG LLP**

*/s/ Michelle H. Badolato*
Joe N. Nguyen, Esq.
2005 Market Street, Suite 2600
Philadelphia, PA 19103
T: (215) 564-8000
jnguyen@stradley.com

and

Michelle H. Badolato
457 Haddonfield Road, Suite 100
Cherry Hill, NJ 08002
T: (856) 321-2400

*Attorneys for Defendant, Cenlar FSB*