IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL BENSON and KRISTY BENSON, | : |
| Plaintiffs, | : Case No. 2:24-cv-03467 |
| v. | : |
| AMERIHOME MORTGAGE COMPANY, LLC, CENLAR FSB, KATHY AMATO, MERSCORP, ALLIED MORTGAGE GROUP, FEDERAL HOME LOAN MORTGAGE CORP., and WELLS FARGO BANK, N.A., | : |
| Defendants. | : |

## ORDER

**AND NOW**, this _____ day of _____, 2024, upon consideration of the Motion of Defendant Cenlar FSB to Dismiss Plaintiffs' Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion"), and Plaintiffs' response thereto, if any, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED** and Plaintiffs' Amended Complaint is **DISMISSED** in its entirety **WITH PREJUDICE** as to Defendant Cenlar FSB.

BY THE COURT:

_____
Honorable Kelley B. Hodge, U.S.D.J.