| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER (267) 228-4723 | FOR COURT USE ONLY |
|---|---|---|
| Paul Benson<br>1388 Madison Avenue, Pocono Summit, PA, USA<br>Pocono Summit PA 18346<br>ATTORNEY FOR    Self Represented | | |
| COURT OF COMMON PLEAS COURT OF PENNSYLVANIA, COUNTY OF PHILADELPHIA<br>First Judicial District of PA Prothonotary, Rm 284, City Hall<br>Philadelphia, PA 19107 | | |
| SHORT TITLE OF CASE:<br>Benson, Paul v. AMERIHOME MORTGAGE COMPANY, LLC | | |
| INVOICE NO.     DATE:        TIME:       DEP./DIV.<br>10300522       09/13/2024   11:00 am | | CASE NUMBER:<br>240100380 |

Affidavit of Service

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

PLAINTIFFS' AMENDED COMPLAINT; EXHIBITS


2. a. Party Served: Wells Fargo Bank NA

    b. Person Served: JORDAN KEIPER
             Title: PERSONAL BANKER AND PERSON IN CHARGE
             Description: Caucasian Male, 5'11" Height, Brown hair (Balding)

    c. Address:  101 N Phillips Ave
                 Sioux Falls, SD 57104

3. I served the party named in item 2
    a. By delivering the copies on: 9/3/2024     At: 11:33 AM

4. Person who served papers
    a. Name: Margaret Samp
    b. Address: 455 N. MOSS ST. Suite 130, Burbank, CA 91502
    c. Telephone number: 888-962-9696
    d. The fee for this service was: 268.75
    e. I am an Independant Contractor

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

CONTINUED ON NEXT PAGE

**Affidavit of Service**

**Billing Code:** SysGen

| PLAINTIFF/PETITIONER: | BENSON | CASE NUMBER: 240100380 |
|---|---|---|
| DEFENDANT/RESPONDENT: | CENLAR FSB | |

9/10/2024

Margaret Samp

> *Margaret M. Samp* (signature)

**Affidavit of Service**

**Billing Code:** SysGen