# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| BENSON, *et al* *Plaintiffs,* v. AMERIHOME MORTGAGE COMPANY, LLC, *et al* *Defendants.* | ) ) ) ) ) ) | Civil Action No. 2:24-cv-03467 |

## MOTION REQUESTING *PRO SE* CASE MANAGEMENT/ELECTRONIC CASE FILES (CM/ECF) REGISTRATION

Plaintiffs, Paul Benson and Kristy Benson, respectfully request permission from the HONORABLE DISTRICT JUDGE KELLEY BRISBON HODGE, to file documents electronically using the Case Management/Electronic Case Files (CM/ECF) System in accordance with Local Rule 5.1.2(3)(b). Defendants understand that once given permission to file using CM/ECF, the Judge may terminate CM/ECF filing privileges if there is abuse of the system by excessive filing, either in number or length. Defendants will also adhere to all other electronic filing guidelines.

Date: September 11, 2024

_____
Paul N. Benson
*PRO SE for the Plaintiffs,*
1233 Wharton Street
Philadelphia, PA  19147
Tel.: (570) 569-5500

CERTIFICATE OF SERVICE

    I, Paul Benson, hereby certify that on this 11th day of September, 2024, I have caused a true and correct copy of the foregoing Plaintiffs'

<u>Motion Requesting Case Management/Electronic Case Files (CM/ECF) Registration</u> to be served *via* ECF upon the parties of record below. The document has been filed electronically and is available for viewing and downloading from the ECF system.

    Representing AmeriHome Mortgage, LLC.
    Chelsea Jasnoff, Esq.    Email: cjasnoff@zarwin.com

    Representing Cenlar FSB
    Joe Nguyen, Esq.    Email: jnguyen@stradley.com
    Michelle H. Bodolato, Esq.    Email: <u>mbadolato@stradley.com</u>

    Representing Kathy Amato and Allied Mortgage Group
    Jenny Perkins, Esq.    Email: perkinsj@ballardspahr.com
    Andrew M. Carobus, Esq.    Email: carobusa@ballardspahr.com

    Representing Federal Home Loan Mortgage Corp. and MERSCORP
    Michael P. Trainor, Esq.    Email: mtrainor@blankrome.com
    Thomas Cialino, Esq.    Email: thomas.cialino@blankrome.com

The parties below remain unrepresented though properly served and will receive mail service.

    Wells Fargo Bank, N.A.
    101 N Phillips Ave
    Sioux Falls, SD 57104

Dated: September 11, 2024

*(signature)*

Paul N. Benson
PRO SE for the Plaintiffs,
1233 Wharton Stree
Philadelphia, PA  19147
Tel.: (570) 569-5500