IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL BENSON and KRISTY BENSON,<br><br>      Plaintiffs,<br><br>v.<br><br>AMERIHOME MORTGAGE COMPANY, LLC, *et al.*,<br><br>      Defendants. | Case No.: 2:24-cv-03467-KBH |

**DEFENDANT, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S, CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Mortgage Electronic Registration Systems, Inc. – incorrectly named as MERSCORP – ("MERS"), by and through its undersigned counsel, hereby makes the following disclosures:

1. MERS is a wholly-owned subsidiary of MERSCORP Holdings, Inc.

2. MERSCORP Holdings, Inc. is owned by ICE Mortgage Services, LLC.

3. ICE Mortgage Services, LLC is owned by Intercontinental Exchange, Inc., a publicly held corporation.

                        Respectfully submitted,

                        **BLANK ROME LLP**

Dated: September 16, 2024      */s/ Thomas P. Cialino*
                        Michael P. Trainor (PA ID 209299)
                        Thomas P. Cialino, Esquire (PA ID 312008)
                        One Logan Square
                        130 North 18th Street
                        Philadelphia, PA 19103
                        (215) 569-5500
                        *Counsel for Defendant, Mortgage Electronic Registration Systems, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically and served on all parties and counsel of record through the Court's ECF system.

>                                    */s/ Thomas P. Cialino*
>                                    Thomas P. Cialino

Dated: September 16, 2024