# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PAUL BENSON and KRISTY BENSON,**<br>          **Plaintiffs,**<br><br>v.<br><br>**AMERIHOME MORTGAGE COMPANY, LLC, CENLAR FSB, KATHY AMATO, MERSCORP, ALLIED MORTGAGE GROUP, FEDERAL HOME LOAN MORTGAGE CORP. and WELLS FARGO BANK, N.A.,**<br>          **Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  24-3467** |

## O R D E R

**AND NOW**, this 16th day of September, 2024, upon consideration of the letter/request of defense counsel for a recorded status conference to address issues related to the Preliminary Objections filed in the Court of Common Pleas for Philadelphia County, and good cause appearing, **IT IS ORDERED** that a status conference is **SCHEDULED** for **October 2, 2024, at 10:00 a.m.**  The parties shall participate using information which will be provided by Chambers.

                                                          **BY THE COURT:**

                                                          **/s/ Hon. Kelley B. Hodge**
                                                          _____
                                                          **HODGE, KELLEY B., J.**