IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL BENSON and<br>KRISTY BENSON,<br>                Plaintiffs,<br><br>v.<br><br>AMERIHOME MORTGAGE COMPANY, LLC, CENLAR FSB, KATHY AMATO, MERSCORP, ALLIED MORTGAGE GROUP, FEDERAL HOME LOAN MORTGAGE CORP. and WELLS FARGO BANK, N.A.,<br>                Defendants. | CIVIL ACTION<br><br><br><br>NO. 24-3467 |

**O R D E R**

**AND NOW**, this 17th day of September, 2024, upon consideration of Motion Requesting *Pro Se* Case Management/Electronic Case Files (CM/ECF) Registration (ECF 21), pursuant to Local Civil Rule 5.1.2, subsection 3(b), **IT IS ORDERED** that Motion Requesting *Pro Se* Case Management/Electronic Case Files (CM/ECF) Registration (ECF 21) is **GRANTED**.

**IT IS FURTHER ORDERED** that Paul Benson and Kristy Benson are granted permission to file electronically on CM/ECF for *this case only*. Paul Benson and Kristy Benson are **DIRECTED** to promptly create a PACER account, and to visit this court's website for detailed instructions[1] on how to request access to file electronically with the Eastern District of Pennsylvania. Paul Benson and Kristy Benson are reminded that, pursuant to Local Civil Rule 5.1.2, subsection 3(c), by becoming a registered ECF user they are consenting to make and receive electronic service of all documents filed in this case.

---

[1] Instructions are available on the court website on the NextGen CM/ECF page, under the Programs and Services tab: https://www.paed.uscourts.gov/nextgen-cmecf.

**IT IS FURTHER ORDERED** that Paul Benson and Kristy Benson are **DIRECTED** to review and comply with all local civil rules[2] pertaining to electronic filing.

                                            **BY THE COURT:**

                                            /s/ Hon. Kelley B. Hodge

                                              **HODGE, KELLEY B., J.**

---

[2] The Local Civil Rules and Standing Orders of the Court are available on the court website on the Local Rules, Standing and Administrative Orders page, under the Court Info tab: https://www.paed.uscourts.gov/documents2/local-rules.