IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL BENSON, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>AMERIHOME MORTGAGE COMPANY, LLC, et al.,<br><br>                Defendants. | Civil Action<br>Case No. 2:24-cv-03467-KBH |

## STIPULATION TO EXTEND TIME FOR CENLAR, FSB TO SUBMIT REPLY BRIEF IN FURTHER SUPPORT OF MOTION TO DISMISS

It is hereby stipulated by and between Plaintiffs, Paul and Kristy Benson and undersigned counsel for all Defendants, that Defendant, Cenlar FSB ("Cenlar"), shall have up to and including October 14, 2024 to file a Reply Brief in Further Support of its Motion to Dismiss Plaintiffs' Amended Complaint (ECF 19).

| | |
|---|---|
| */s/ Paul Benson*<br>Paul Benson<br>Kristy Benson<br>1388 Madison Avenue<br>Pocono Summit, PA 18346<br>Pnb100@me.com<br>*Pro Se Plaintiffs*<br><br>Dated: September 26, 2024 | */s/ Jenny Perkins*<br>Jenny N. Perkins, Esq.<br>Andrew M. Carobus, Esq.<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103-7599<br>Tel: (215) 665-8500<br>perkinsj@ballardspahr.com<br>carobusa@ballardspahr.com<br>*Attorneys for Defendants,*<br>*Allied Mortgage Group Inc. and Kathy Amto*<br>Dated: September 26, 2024 |
| */s/ Lauren McKenna*<br>Lauren P. McKenna, Esquire<br>Kyra A. Josephson, Esquire<br>2000 Market Street, 20th Floor<br>Philadelphia, PA 19103 | */s/ Joe Nguyen*<br>Joe N. Nguyen, Esq.<br>Michelle H. Badolato, Esq.<br>STRADLEY RONON STEVENS & YOUNG, LLP<br>2005 Market Street, Suite 2600 |

| | |
|---|---|
| P: 215-299-2754<br>lmckenna@foxrothschild.com<br>kjosephson@foxrothschild.com<br>*Attorneys for Defendant,*<br>*AmeriHome Mortgage Company LLC*<br>*and Federal Home Loan Mortgage*<br>*Corp.* | Philadelphia, PA 19103<br>T: (215) 564-8000<br>jnguyen@stradley.com<br>mbadolato@stradley.com<br>*Attorneys for Defendant, Cenlar FSB* |

Dated: September 26, 2024

Dated: September 26, 2024

*/s/ Thomas Cialino*
Michael P. Trainor, Esq.
Thomas P. Cialino, Esq.
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103-6998
Tel.: (215) 569-5500
michael.trainor@blankrome.com
thomas.cialino@blankrome.com
*Attorneys for Defendant, Mortgage*
*Electronic Registrations Systems, Inc.*

Dated: September 26, 2024

SO ORDER this 27th day of Septemberr, 2024

/s/ Hon. Kelley B. Hodge

_____
**HONORABLE KELLEY B. HODGE**
**UNITED STATES DISTRICT COURT JUDGE**

7046472