## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PAUL BENSON and KRISTY BENSON,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**AMERIHOME MORTGAGE CO., LLC,** **et al.**,<br><br>*Defendants*. | **Case No. 2:24-cv-03467-JDW** |

### <u>ORDER</u>

**AND NOW**, this 10th day of December, 2024, upon consideration of the docket in the above-captioned matter, I note as follows.

1.      On October 2, 2024, I ordered Plaintiff Kristy Benson to submit a signature page and separately register for permission to file documents electronically using the Case Management/Electronic Case Files System. (ECF No. 33.)

2.      On November 15, 2024, I ordered Mrs. Benson to show cause on or before November 25, 2024, as to why I should not dismiss her claims without prejudice for failure to prosecute. (ECF No. 48.)

3.      Mrs. Benson has not complied with either order, indicating that she no longer wants to participate in the case.

Therefore, it is **ORDERED** that Mrs. Benson's claims in this matter are **DISMISSED**

**WITHOUT PREJUDICE** for failure to prosecute.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.