IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL BENSON,<br><br>      *Plaintiff,*<br><br>    v.<br><br>AMERIHOME MORTGAGE CO., LLC *et al.*,<br><br>      *Defendants.* | Case No. 2:24-cv-03467-JDW |

## ORDER

**AND NOW**, this 24th day of June, 2025, and for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows.

1. Wells Fargo's Motion To Dismiss (ECF No. 78) is **GRANTED IN PART**. Mr. Benson's federal claims for violation of RESPA and TILA are **DISMISSED WITH PREJUDICE**.

2. Mr. Benson's Motion For Leave To Amend (ECF No. 79) is **DENIED**.

3. On or before June 30, 2025, any party may file a memorandum no longer than 5 pages, addressing why I should not remand this case to the Philadelphia Court Of Common Pleas in light of the ruling in *Hedges v. Musco*, 204 F.3d 109, 123 (3d Cir. 2000).

4. Mr. Benson's Motion To Strike (ECF No. 91) is **DENIED**.

5.   Mr. Benson's Motion To Rejoin Defendant (ECF No. 96) is **DENIED**.

6.   Mr. Benson's Motion To Consolidate (ECF No. 97) is **DENIED**.

7.   Mr. Benson's Motion For Class Certification (ECF No. 103) is **DENIED**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.