**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| |
|---|
| **PAUL BENSON,** |
| *Plaintiff,* |
| v. |
| **AMERIHOME MORTGAGE CO., LLC et al.**, |
| *Defendants.* |

Case No. **2:24-cv-03467-JDW**

### ORDER

**AND NOW**, this 12th day of August, 2025, and for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows.

1.    Wells Fargo's Motion To Dismiss (ECF No. 78) is **GRANTED**. All of Mr. Benson's remaining claims against Wells Fargo are **DISMISSED WITH PREJUDICE**.

2.    Mr. Benson's Motion For Leave To File Amended Complaint (ECF No. 79) is **DENIED**.

3.    All remaining claims against Defendants AmeriHome, Allied, Cenlar, Freddie Mac, Wells Fargo, and Kathy Amato, including claims that I previously dismissed without prejudice (*see* ECF No. 60), are now **DISMISSED WITH PREJUDICE**. This means that Mr. Benson may not bring any future claims against these defendants, based on these events,

in either state or federal court. *See Gambocz v. Yelencsics*, 468 F.2d 837, 840 (3d Cir. 1972);

*In re Mullarkey*, 536 F.3d 215, 225 (3d Cir. 2008).

      4.      Mr. Benson's Motion For Clarification (ECF No. 110) is **DENIED**.

The Clerk Of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.