## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PAUL BENSON,**<br><br>      *Plaintiff*,<br><br>  v.<br><br>**AMERIHOME MORTGAGE CO., LLC et al.**,<br><br>      *Defendants*. | Case No. 2:24-cv-03467-JDW |

### ORDER

AND NOW, this 10th day of September, 2025, upon consideration of Paul Benson's Motion For Reconsideration (ECF No. 113), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.